# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JAMES DAILY, | NO. CV 09-6755 RSWL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GOVERNOR OF THE STATE OF CALIFORNIA A. SCHWARTZNEGGER, et al., | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: October 5, 2009

*RONALD S.W. LEW*

HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE